THE PEOPLE OF THE STATE OF NEW YORK ex rel. CENTRAL UNION TRUST COMPANY OF NEW YORK, as Trustee of the Estate of MARCIA A. GAVIT, Appellant, *v.* JAMES A. WENDELL, as Comptroller of the State of New York, Respondent.

*Tax — interest received from mortgages on which mortgage tax had been paid properly computed as income for purpose of assessment of income tax.*

*People ex rel. Central Union Trust Co. of N. Y.* v. *Wendell,* 197 App. Div. 131, affirmed.

(Argued June 6, 1921; decided July 14, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 5, 1921, confirming, on certiorari, a determination of the state comptroller assessing an additional income tax on the relator for the year 1919. The question at issue was the taxability for income tax purposes, under the provisions of article 16 of the Tax Law, of interest derived from bonds secured by mortgages upon real property situated within the state of New York, upon which mortgages a tax has been paid as prescribed by the provisions of article 11 of the Tax Law.

*Hersey Egginton, Stewart M. Seymour* and *John M. Perry* for appellant.

*Charles D. Newton,* Attorney-General *(James S. Y. Ivins* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, McLAUGH-LIN and ANDREWS, JJ. Absent: CRANE, J. Deceased: CHASE, J.